UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD H. NAGY,

    Plaintiff,

v.

                                  Case No. 12-14149
                                  Hon. Gerald E. Rosen

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____

       PRESENT: Honorable Gerald E. Rosen
                           Chief Judge, United States District Court

By motion filed on September 26, 2012, Defendant seeks the dismissal of this case pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Plaintiff has not responded to this motion. Accordingly, in an order dated November 9, 2012, the Court directed Plaintiff and his counsel to take one of three specified actions within 14 days: (i) file and serve a brief in response to Defendant's motion that comported with certain standards set forth in the November 9 order; (ii) file and serve a written status report advising the Court of Plaintiff's specific plans to promptly cure the deficiencies in his existing legal representation, so that the Court could be assured that any viable claims in this case would be properly and vigorously pursued by competent counsel; or (iii) submit a

proposed stipulated order to voluntarily dismiss this suit.  Plaintiff and his counsel were further cautioned that if they failed to meet this 14-day deadline, "the Court will grant Defendant's motion as unopposed and dismiss Plaintiff's complaint with prejudice." (11/9/2012 Order at 7.)

This 14-day period has now passed, but so far as the record discloses, Plaintiff and his counsel have failed to take any action in response to the Court's November 9, 2012 order.  Consequently, in accordance with the statements of the Court in its November 9 order,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's September 26, 2012 motion to dismiss (docket # 3) is GRANTED.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  December 6, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2012, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager